

# NUMBER 13-22-00562-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE CIRRUS DESIGN CORPORATION D/B/A CIRRUS AIRCRAFT

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

On November 28, 2022, relator Cirrus Design Corporation d/b/a Cirrus Aircraft (Cirrus) filed a petition for writ of mandamus and an emergency motion for temporary relief. By petition for writ of mandamus, Cirrus contends that the trial court erred by issuing a discovery order compelling Cirrus to produce discovery that: (1) concerns "incidents without similarity to the accident at issue" in the underlying lawsuit, (2) "imposes a heavy burden on Cirrus without the likelihood of any benefit" to the opposing parties, and (3) requires production "beyond the permissible bounds of discovery." By emergency motion for temporary relief, Cirrus seeks to stay the trial court's October 20, 2022 order

compelling discovery pending the resolution of this original proceeding.

This Court, having examined and fully considered the emergency motion for temporary relief, is of the opinion that it should be granted. Accordingly, we grant the emergency motion for temporary relief, and we order the trial court's order of October 20, 2022, compelling relator to respond to discovery, to be stayed. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

We request the real parties in interest, Scott Carrol Jorgenson, individually and as representative of the estate of Carrol Vester Jorgenson, or any others whose interest would be directly affected by the relief sought, such as Armando Lopez, Terry Lopez, and Armando Lopez and Terry Lopez as next friends of A.L., a minor, to file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
29th day of November, 2022.